United States District Court )
Northern District of Ohio )
Western Division )

## AFFIDAVIT

### I. Introduction Agent Background

I, Alex O. Hunt, being duly sworn and deposed, stated the following:

1.      I am an "investigative or law enforcement officer of the United States" empowered to make arrests within the meaning of Title 18, United States Code, Section 3052 and to execute search and arrest warrants and conduct seizures within the meaning of Title 18, United States Code, Section 3107 for violations of the laws of the United States.

2.      I am a duly appointed Special Agent, employed by the United States Department of Justice, Federal Bureau of Investigation (FBI).  I have been a Special Agent with the FBI since 2015.  I am currently assigned to the FBI Cleveland Division, Toledo Resident Agency.  I was previously employed as a patrol officer for the Lilburn Police Department in Lilburn, Georgia from 2009 to 2011 and as a criminal investigator for the Gwinnett County Solicitor's Office in Lawrenceville, Georgia from 2011 to 2015. Since 2009, I have received training and have experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigation techniques.

3.      This affidavit is made in support of criminal complaints and arrest warrants for Alisa Haynes and Alexis Fortune for violations of Title 18, United States Code, Section 1512(a)(2) (Tampering with a witness, victim, or an informant with physical force) ("**Subject Offense**").

4.      The information in this affidavit is based on my experience, training, and personal knowledge; my review of records and other materials obtained during the course of the investigation, including telephone data, surveillance video, interviews of witnesses, and information provided to me by other government personnel with the knowledge relating to this investigation.  Since this affidavit is submitted for the limited purpose of establishing probable cause in support of application of search warrants, it does not contain all the facts known to me or other law enforcement related to the investigation.

### II. PROBABLE CAUSE

5.      Title 18, United States, Code, Section 1512(a)(2) prohibits the "use [of] physical force or the threat of physical force against any person, or attempt to do so, with intent to (A) influence, delay, or prevent the testimony of any person in an official proceeding; (B) cause or induce any person to (i) withhold testimony. . . , (iii) evade legal process summoning that person to appear as a witness . . ., (iv) be absent from an official proceeding to which that person has been summoned by legal process. . . ."

6.      On April 7, 2017, Cordell Jenkins was arrested pursuant to a criminal complaint and warrant for violating Title 18, United States Code, Sections 1591 (Sex Trafficking of Children), 2251 (Production of Child Pornography), and 2252 (Receipt of Child Pornography). On the same date, Anthony Haynes was arrested for violating Title 18, United States Code, Sections 1591 and 2251. On November 14, 2017, a federal grand jury returned a superseding indictment for Jenkins and Haynes for violating the above-mentioned statutes and Title 18, United States Code, Section 1594(c) (Conspiracy to Sex Traffic Children). The main child victim, identified as Juvenile #1 in the indictment, was ███████████████████ The basis of those charges is ██████ moved in with Anthony Haynes and his family, including his wife Alisa Haynes and step-daughter Alexis Fortune when she was 14 years old. Shortly thereafter, Anthony committed sexual acts with Alexis Fortune in front of ██████ and told her that this kind of activity was their family secret. Eventually, Anthony Haynes ordered Alexis to perform sexual acts on ██████ in front of him, and later Anthony had sex with ██████ and provided her things of value in return. Anthony introduced ██████ to several other adult men including Kenneth Butler and Cordell Jenkins. Butler and Jenkins engaged in similar sexual activity with ██████ and provided her cash and other things of value. A jury trial on the above mentioned counts, and others, regarding Anthony Haynes, Cordell Jenkins, and Laura Lloyd-Jenkins is scheduled to commence on January 22, 2019.

7.      On January 5, 2019, at approximately 7:10AM, affiant received the following text messages from phone number 419-320-4911:

"Alex This ██████ This is an EMERGENCY"

"Please call me back ASA"

"ASAP"

"PLEASE."

8.      On the same date, at approximately 7:16 AM, affiant received a phone call from FBI Victim Specialist Jen Piero. Piero advised that she had just spoken with ██████ by telephone and ██████ told her that she had just been abducted by Alexis Fortune and Alisa Haynes in the early morning hours of that day. ██████ informed Piero she was at Mr. Walker's residence (Jaymon Walker[1]). The FBI advised ██████ to call the police. Members of the FBI Northwest Ohio Violent Crimes Against Children Task Force were dispatched to Walker's residence.

A.      ██████████  INTERVIEW

9.      On January 5, 2019, at approximately 8:56 AM, agents interviewed ██████ at Walker's residence located on Willowvale Drive, Toledo, Ohio. ██████ provided the following information.

10.     ██████ stated that on or about January 5, 2019, at approximately midnight, someone knocked on her apartment door. ██████ was home with her minor sister ██████ who was visiting from out of state. ██████ looked through the peep hole of her door and could



---

[1] Jaymonn Walker is ██████ former counselor

not see anyone. Then, somebody on the outside of the door covered the peep-hole with a hand. █████████ called Mr. Walker and informed him of the situation and he advised ██████ not to open the door. The person outside of ████████ door said that he/she could hear ███████ The person verbally identified themselves as James Loftin. ████████ recognized the person's voice to be that of Alexis Haynes. ███████ opened the door while still on the telephone with Walker. At this time, ████ saw a person wearing a mask (later the person removed the mask and was identified by ███ to be Alexis Haynes), black gloves with white writing on them, a black "beanie" hat with a gray stripe across, black clothing, brandishing a sliver revolver. Alexis pointed the gun at ██████ head and forced her way into ███████ s apartment and locked the door behind her. ███████ screamed and hung up the phone. Alexis took ███████ and ████████ cell phones and put them in her back pocket and said they would not get them back until they did what Alexis wanted them to do.

11.    Alexis instructed ███████ to turn the music up loud. Alexis lowered the gun and said that she was fixing it. ███████ saw the bullets from the gun and described them as "gold" in color. She described the gun as a silver revolver.

12.    Alexis then asked ████████ for a knife. ███████ got Alexis a black and silver knife from the kitchen. After the music was turned up, Alexis choked ███████ with her black computer cord. Despite being choked, ██████ did not lose consciousness. Shortly after, Alisa Haynes knocked on the door and ███████ opened it in hopes she would help them get Alexis out of the apartment. Alisa was wearing plaid pajama pants that were red, black, gray, and white, and a black jacket.

13.    Alexis directed ███████ into the kitchen to have a "heart-to-heart" conversation. Alexis told ██████ how hard it is for their family to live financially and emotionally since Anthony's been arrested, how they are depressed, and begged ███████ not to go to trial. Alisa was there listening to the conversation. Alexis choked ██████ again with the black cord. ███████ ran away from Alexis and into the living room. Alisa told ███████ to come back to her to talk.

14.    Alexis then took ███████ and ████████ cell phones into the bathroom. ███████ heard water running. While Alexis was in the bathroom, Alisa was standing in front of the apartment door. When Alexis came out of the bathroom, she returned ███████ cell phone to her and it had water running out of it. Alexis told ██████ to Facetime ███████ (Anthony and Alisa Haynes's daughter), but ████████ phone displayed a "your iPhone has been disabled" message. Alexis told ██████ she could fix it and then started grabbing for ███████ phone.

15.    ███████ attempted to leave stating she had to go to Wal-Mart to purchase some items. Alexis took ████████ car keys. Alisa agreed to drive ███████ and ████████ to the Wal-Mart. Alexis, Alisa, ██████ and ███████ got into Alexis's boyfriend's car (later identified as a Dodge Avenger, Ohio license plate "GBS9732," VIN: 1C3CDZAB1EN110124). ████████ stated that there was child car seat in the back seat. Alisa drove to Wal-Mart on Glendale Avenue, Toledo, Ohio. Once at Wal-Mart, they found out it closed at midnight. Alisa then drove the vehicle to the Wal-Mart on Central Avenue, Toledo, Ohio.

16.     At the Wal-Mart on Central Avenue, Alisa dropped off ███████ in front of the store. ███████ went inside the Wal-Mart and Alisa parked the car. Shortly after, ███████ noticed Alexis inside of the Wal-Mart. ███████ bought shampoo, conditioner, a brush, and a Mountain Dew. Alexis purchased some candy and they both walked out of the Wal-Mart together and got back into the parked car where Alisa and ███████ were waiting.

17.     They then drove to the area of Ottawa Hills. Alisa told Alexis that she was tired, so she pulled over the vehicle and Alisa and Alexis switched seats and Alexis began driving. Alexis drove on Brookview Drive, near ███████ apartment. Alexis said that she was sorry and she did not mean to do this, and asked ███████ not to report it. Alexis then said that she needed to take her boyfriend, Ronald Dysard, a key. Alexis made a U-turn and began driving to the north side of Toledo.

18.     On the way, a Toledo Police unit conducted a traffic stop on Alexis for a traffic violation. As they were being stopped, Alisa expressed concern and asked ███████ if she had contacted the police. The officer collected identification from everyone in the vehicle and released them with a warning as he was unaware of what was occurring.

19.     As they continued to the north side of town, ███████ had to use the restroom, so Alexis pulled into a Speedway gas station across the street from Bowsher High School. ███████ went inside to use the restroom and her sister, ███████ purchased two Gatorades.

20.     They then drove to the north side of Toledo. Alexis parked the car backwards in front of a yellow house. ███████ did not know where she was but noticed a yellow street sign that said "No Outlet." Alexis got into the backseat with ███████ and choked ███████ with the black laptop computer cord. ███████ grabbed ███████, got out of the car, and fled on foot. Alexis chased behind them with a tan colored bat in her hand. Alisa drove the car and caught up to ███████ and ███████ and told them to hurry up and get in the car. ███████ thought that Alisa was going to take them home, so they got into the car with her. Alisa also allowed Alexis to get into the car, as well.

21.     Alisa stopped the vehicle on the side of the road and Alisa told ███████ that she felt that ███████ was going to go to trial. ███████ told Alisa that she was not going to testify. Alisa told ███████ that ███████ could do a recording to show to the attorneys. ███████ was given Alexis's cell phone and told to call Alisa's cell phone so she could make a voicemail recanting her previous statements.

22.     ███████ left a voicemail on Alisa's cell phone recanting her previous statements to law enforcement. ███████ stated she called from Alexis's iPhone XR, possibly red in color and Alisa had an Android with a black case.

23.     A few days prior to Alisa and Alexis tampering with her, ███████ saw Anthony Haynes Jr., Unjanae (Unjanae Applewhite), and Wesley (last name unknown) outside of ███████ apartment complex. Wesley used to attend Anthony Haynes's church and lives in the same building as ███████, which she believed is how Alisa and Alexis knew her residence.

**B.** ███████████ **INTERVIEW**

24.     Simultaneous to ████████ interview, the FBI interviewed ████████████ was visibly shaken and emotional throughout her interview. ████████ statement was completely consistent with ████████ statement. ████████ stated that Alexis came into ████████ apartment wearing a mask and brandishing a gun. She stated that Alexis choked ████████ with a computer cord. She stated they went to Wal-mart, but only ████████ and Alexis went into the store. ████████ stated that ████████ was given Alexis's iPhone to call Alisa to leave a voicemail recanting her previous statements to law enforcement.

**C.     WALKER'S STATEMENT**

25.     The FBI also interviewed Jaymon Walker. Walker did not hear ████████ or ████████ interview, nor was he informed of their statements by the agents. Walker stated that he received a telephone call around midnight that day. ████████ informed him that someone was knocking on her door. Walker told her not to answer it. The next thing he heard was ████████ scream and the telephone cut out. ████████ and ████████ showed up at his house early this morning.

**D.** ███████████ **APARTMENT SURVIELLANCE**

26.     The FBI obtained surveillance video from ████████ apartment complex parking lot. At approximately 11:33 PM, a Dodge Avenger matching Alexis's boyfriend's vehicle appeared. Alexis exited the vehicle and entered the apartment complex. Approximately fifteen minutes later, Alisa entered the apartment complex. Around 2:56 AM, Alisa, Alexis, ████████ and ████████ left the apartment complex in the Dodge Avenger.

**E.     SEARCH OF** ███████████ **APARTMENT**

27.     ████████ provided consent to search her apartment. Inside the apartment, the FBI located a black and silver knife in the kitchen sink and part of a laptop computer cord. ████████ believed that the other part of the cord Alexis took with her and used it to choke her in the vehicle.

**F.     WALMART SURVIELLANCE**

28.     The FBI obtained surveillance video from Wal-Mart on Glendale and Central Avenue locations. At approximately 3:00 AM, the same Dodge Avenger appeared and left within one minute. At approximately 3:12 AM, the Dodge Avenger appeared at the Wal-Mart on Central Avenue. ████████ exited the vehicle followed by Alexis. Both entered the store and purchased items and returned within five minutes.

**G.     TOLEDO POLICE TRAFFIC STOP**

29.     Toledo Police confirmed that they conducted a traffic stop on a Dodge Avenger, Ohio license plate GBS9732 at approximately 3:32 AM. The officer positively identified Alisa, Alexis, ████████, and ████████ and provided a warning for the traffic violation.

### H.     TELEPHONE RECORDS

30.     The FBI received toll records from AT&T for ██████  The toll records showed that last outgoing communication from ██████ was on January 4, 2019 at approximately 11:35 PM from ██████ to Walker[2].  No outgoing communication have been made since that time.

31.     The FBI also received toll records from AT&T for Alisa[3].  The toll record showed that on January 4, 2019 at approximately 11:37 PM Alisa called Alexis[4].  Then, on January 5, 2019, at approximately 5:47 AM Alexis called Alisa.

### I.     CONFIRMATION OF ADDRESS AND VEHICLE

32.     During an interview with the FBI on April 7, 2017, Alexis confirmed that she had a child with her boyfriend Ronald Dysard.  Additionally, on January 3, 2019, the FBI called Alexis who stated that she was driving a silver Dodge Avenger.  FBI confirmed that a Dodge Avenger, Ohio license plate "GBS9732," VIN: 1C3CDZAB1EN110124, is registered to Ronald Dysard.

33.     On December 28, 2019, the United States Marshals Service contacted Alisa at 4515 W. Bancroft St., Apt. 16, Toledo, Ohio.

### III.     Conclusion

Based on the above information, I respectfully submit that there is probable cause that Alisa Haynes and Alexis Fortune violated Title 18, United States Code, Section 1512(a)(2).

_____

Alex O. Hunt
Special Agent
Federal Bureau of Investigation


Subscribed and sworn telephonically
After being submitted by reliable electronic means
on this 5th day of January 2019.


_____

Jeffrey J. Helmick
U.S. District Judge


_____

[2] The telephone numbers were confirmed by ██████ and Walker.
[3] Alisa's cellular telephone is registered in her name to the address of 4515 W. Bancroft St, Apt. 16, Toledo, Ohio.
[4] The FBI and the United States Marshals Service (in an unrelated investigation) contacted Alisa at the telephone number associated with these records as recently as December 28, 2019.  Similarly, the FBI contacted Alexis at the telephone number associated these records as recently as January 4, 2019.